**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Konbeh Koroma, | No. CV-24-01389-PHX-KML (MTM) |
| Plaintiff, | **ORDER** |
| v. | |
| Russell Skinner, et al., | |
| Defendants. | |

Magistrate Judge Michael T. Morrissey issued a Report and Recommendation ("R&R") recommending plaintiff's complaint "be dismissed without prejudice as to Defendant Jone Doe 12." (Doc. 38.) No objections were filed and the R&R is adopted in full. *See Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("[D]istrict courts are not required to conduct any review at all . . . of any issue that is not the subject of an objection.").

**IT IS ORDERED** the Report and Recommendation (Doc. 38) is **ADOPTED**. Defendant John Doe 12 is **DISMISSED WITHOUT PREJUDICE**.

Dated this 31st day of October, 2025.

Honorable Krissa M. Lanham
United States District Judge